# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

BRAD DAVIS,

    Movant,

v.                                         Case No. 1:16-cv-01071-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DIRECTING RESPONDENT TO FILE REPLY

Movant, Brad Davis, through appointed counsel, has filed a response to the September 27, 2016 letter of the probation officer addressing the issue raised under *Johnson v. United States*, 135 S. Ct. 2251 (2015). (Resp., ECF No. 9.)

Respondent, United States of America, is ORDERED to file a reply to Davis's response. The reply is due within twenty-eight (28) days of the date of this order.

IT IS SO ORDERED this 25th day of May 2017.

                                                                **s/ J. DANIEL BREEN**
                                                                 UNITED STATES DISTRICT JUDGE